FILED

2004 JUN 24  A 10: 50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    HARTFORD, CT.

| | |
|---|---|
| KEITH WORTZ | : |
| Plaintiff | : |
| | : Civil No. 3:01CV01632 (RNC) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | : June 22, 2004 |
| Defendant | : |

## MOTION FOR ENLARGEMENT OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM

The undersigned counsel for the plaintiff hereby notifies this Court that she has been unable to contact and communicate with counsel for the defendant, Attorney Martin Echter, for the purpose of preparing the joint trial memorandum. Per this Court's order, counsel for the parties are to consult and collaborate with each other in the preparation of the joint trial memorandum.

The undersigned counsel respectfully requests a two-week enlargement of time or up to and including July 6, 2004 within which to submit the joint trial memorandum and in support hereof represents as follows:

1. The undersigned counsel's office attempted twice to reach Attorney Echter last Wednesday, June 16, 2004 and Thursday, June 17, 2004. Mr. Echter did not return the phone call. On Friday, June 18, 2004 the undersigned received a voice mail message from a clerical employee of the Office of the Corporation Counsel for the City of New Haven acknowledging the undersigned's

telephone call and indicating that Mr. Echter would be returning the phone call in the future.

2.      The undersigned counsel still did not hear from Mr. Echter. On this date, June 22, 2004, the undersigned received a fax transmission from Mr. Echter in which he stated that he was still unable to speak with plaintiff's counsel as he was in the midst of trial proceedings. Mr. Echter did indicate that he would contact the undersigned when he could, presumably after the conclusion of his trial proceedings.

Given that the undersigned cannot comply with the order without Mr. Echter's involvement the Court is respectfully urged to grant the requested enlargement of time.

Failing the ability of Mr. Ecther to participate in the process prior to the requested extended deadline, the undersigned counsel would at that time seek permission of the Court to prepare and submit relevant portions of the trial memorandum and materials on behalf of the plaintiff alone.

In compliance with Local Rule, the undersigned represents that this is the first extension sought with respect to this deadline and further that she is unable to ascertain Mr. Echter's position on this motion as he is unavailable.

**WHEREFORE**, the undersigned counsel respectfully requests that this motion be granted.

THE PLAINTIFF

BY: _____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

His Attorney

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 22nd day of June, 2004, to:
Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, Connecticut 06510

_____
Karen Lee Torre

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 22nd day of June , 2004, to:
Martin S. Echter, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, Connecticut 06510

_____
Karen Lee Torre

2

FILED

2004 JUN 24  A 10: 50

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH WORTZ | : |
| Plaintiff | : |
| | : Civil No. 3:01CV01632 (RNC) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | : June 22, 2004 |
| Defendant | : |

## NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf format.

THE PLAINTIFF,

BY: _____
Karen Lee Torre
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
Tel: (203) 865-5541
Fax: (203) 865-4844

His Attorney