37

FILED

2004 JUN 24  A 10: 50

U.S. DISTRICT COURT
NEW HAVEN, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEITH WORTZ

    Plaintiff

                                             Civil No. 3:01CV01632 (RNC)

V.

MELVIN WEARING

                                             June 22, 2004

    Defendant

### MOTION FOR ENLARGEMENT OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM

The undersigned counsel for the plaintiff hereby notifies this Court that she has been unable to contact and communicate with counsel for the defendant, Attorney Martin Echter, for the purpose of preparing the joint trial memorandum. Per this Court's order, counsel for the parties are to consult and collaborate with each other in the preparation of the joint trial memorandum.

The undersigned counsel respectfully requests a two-week enlargement of time or up to and including July 6, 2004 within which to submit the joint trial memorandum and in support hereof represents as follows:

---

**June 24, 2004.** Keith Wortz v. Melvin Wearing
Case No. 3:01CV1632(RNC)

Re: Motion For Enlargement of Time to Submit Joint Trial Memorandum [doc. 37]

Granted in light of the brevity of the requested extension. So ordered.

Robert N. Chatigny, U.S.D.J.