FILED

2004 AUG -6 A 11: 02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH WORTZ : | |
| Plaintiff : | |
| : | Civil No. 3:01CV01632 (RNC) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | August 4, 2004 |
| Defendant : | |

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf format.

THE PLAINTIFF,

BY: _____
Karen Lee Torre
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
Tel: (203) 865-5541
Fax: (203) 865-4844

His Attorney

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 4TH day of June , 2004, to:

Martin S. Echter, Esq.
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, Connecticut 06510

_____
Karen Lee Torre

2