FILED

2004 AUG -6  A 11: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH WORTZ | : |
| Plaintiff | : |
| | : Civil No. 3:01CV01632 (RNC) |
| V. | : |
| MELVIN WEARING | : |
| | : August 4. 2004 |
| Defendant | : |

### NOTICE OF PLAINTIFF'S FILING OF TRIAL MEMORANDUM ON BEHALF OF PLAINTIFF ALONE

The undersigned counsel for the plaintiff hereby submits to this court Plaintiff's Trial Memorandum, appended hereto, which the plaintiff and the undersigned counsel prepared without the participation of defendant's counsel. Accordingly, the Trial Memorandum contains information required by the Court which relates to the plaintiff's case only and includes no information regarding the defendant's case.

The undersigned further represents that she still has not received any communication from defendant's counsel nor word of any attempted communication since the undersigned's June 22, 2004 advisement to the Court of the failure of defendant's counsel to respond and participate in complying with the Court's order for submission of a Joint Trial Memorandum.

THE PLAINTIFF
KEITH WORTZ

BY: _____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 4th day of August 2004, to Martin S. Echter, Esq., Office of Corporation Counsel, 165 Church Street, New Haven, Connecticut 06510.

_____
Karen Lee Torre

2