FILED

2004 AUG 30  A 10: 59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
US DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| KEITH WORTZ | : |
| Plaintiff | : |
| | : Civil No. 3:01CV01632 (RNC) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | : August 26, 2004 |
| Defendant | : |

### MOTION FOR ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT

Pursuant to Rule 55(a) and (b) of the Federal Rules of Civil Procedure, the plaintiff, by and through his undersigned counsel, hereby moves this court for the entry of a default judgment in favor of the plaintiff and against the defendant. As grounds for this motion, the plaintiff submits that defendant's pattern of ignoring obligations to the court and his opponent, displayed throughout this litigation, warrant a judgment of default. Defendant's counsel has failed over a period of many months to communicate with the undersigned and cooperate in the process of meeting the joint obligation to submit a joint trial memorandum to this court. In consequence, the undersigned counsel was forced to submit a trial memorandum on behalf of the plaintiff only and to this date is unaware of defendant's intentions or any information regarding his expected defense at the trial of this action, including the identification of witnesses and exhibits. The failure to meet this obligation has not only caused undue delay but prejudice to plaintiff and his counsel stemming from the inability to assess and prepare to meet defendant's evidence and defenses.

This court is also respectfully requested to take note of the fact that this is not the first time that defendant has ignored his responsibilities in this action. As a matter of record, defendant's failure to attend to his responsibilities in this case caused unnecessary and protracted proceedings before the Hon. Donna F. Martinez who had to consider repeated motions and preside over a hearing to address defendant's utter failure to attend to his discovery obligations. Magistrate Judge Martinez sanctioned defense counsel for failing and refusing over many months to respond to discovery requests.

Plaintiff is anxious to have his day in court and finds that his opponent persists in ignoring the action and causing delays. Most recently, the undersigned responded to a request from a member of the Court's staff to contact and make inquiry of defense counsel as to his availability for a teleconference with the Court. In response to this request, the undersigned promptly telephoned Attorney Martin Echter, defense counsel of record in this case. Attorney Echter still has not returned the undersigned's phone calls despite two attempts over three days.

**WHEREFORE**, the plaintiff respectfully requests that this motion be granted or, in the alternative, that the court order such other appropriate relief.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

BY: _____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

His Attorney

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 11th day of August, 2004, to Martin S. Echter, Esq., Office of the Corporation Counsel, City of New Haven, 165 Church Street, New Haven, Connecticut 06510.

_____
Karen Lee Torre

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541