UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH WORTZ | : | Docket No. 3:01CV01632 (RNC) |
| VS. | : | |
| MELVIN WEARING | : | SEPTEMBER 13, 2004 |

## DEFENDANT'S OBJECTION TO MOTION IN LIMINE TO PRECLUDE EVIDENCE OF OUTCOME OF GRAND JURY AND CRIMINAL PROCEEDINGS

The undersigned counsel for the defendant respectfully opposes plaintiff's Motion in Limine To Preclude Evidence of Grand Jury and Trial Proceedings.

First, we believe it is premature to make a determination.

Second, the matters the plaintiff seeks to preclude are presumptively relevant, even if not for the reasons plaintiff preemptively seeks to attribute to defense counsel.

For example, media reports indicate that two of the police officers who the plaintiff claims should have been disciplined by then Chief Wearing admitted to having given false statements in Internal Affairs investigations. Should the Chief be penalized because at the time of complaints by Officer Wortz those other officers lied?

Also, statements made at the Grand Jury proceedings or the trial may also be relevant to, <u>inter alia</u>, (A) the knowledge of the Chief or of Officer Wortz at the time of the alleged acts or omissions of retaliation by then Chief Wearing, and may be needed to examine or cross-examine witnesses at this trial, (B) whether

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

the plaintiff's speech was in fact chilled," and (C) as indicated in the first paragraph, whether the then Chief was himself mislead by other officers false statements.

Also, the outcome of the Sullivan trial may be relevant to the reasonableness of the then Chief's actions, given the question of reliability of accusations made about the Police Department investigation into the murder of Philip Cusick.

Respectfully submitted,

/s/_____
Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Pager: 1-860-590-4432
Fed. Bar No. ct 07596

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be HAND-DELIVERED, to Attorney Karen Lee Torre, 51 Elm Street, 3rd Floor, New Haven, CT 06510, this day of        September, 2004.

/s/_____
Martin S. Echter

Case 3:01-cv-01632-RNC    Document 47    Filed 09/14/2004    Page 3 of 3