UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH WORTZ | : | Docket No. 3:01CV01632 (RNC) |
| VS. | : | |
| MELVIN WEARING | : | SEPTEMBER 13, 2004 |

**DEFENDANT'S OBJECTION TO MOTION IN LIMINE TO PRECLUDE**

**EVIDENCE OF DISCIPLINARY ACTION IMPOSED ON THE PLAINTIFF**

The undersigned counsel for the defendant respectfully opposes plaintiff's Motion in Limine To Preclude Evidence of Disciplinary Action Imposed on the Plaintiff.

We believe it is premature to make a determination. We will provide the Court in camera with a copy of the disciplinary and investigative file to which the plaintiff alludes. The Court must await testimony in the plaintiff's case to determine whether or not the referenced matter is relevant and/or unduly prejudicial.

Respectfully submitted,

/s/_____
Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Pager: 1-860-590-4432
Fed. Bar No. ct 07596

**ORAL ARGUMENT IS REQUESTED**

**TESTIMONY IS NOT REQUIRED**

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be HAND-DELIVERED, to Attorney Karen Lee Torre, 51 Elm Street, 3rd Floor, New Haven, CT 06510, this day of       September, 2004.

/s/_____
Martin S. Echter