**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

KEITH WORTZ                    :    Docket No. 3:01CV01632 (RNC)


VS.                            :

MELVIN WEARING               :    SEPTEMBER 13, 2004

### DEFENDANT'S OBJECTION TO MOTION FOR SANCTIONS

The undersigned counsel for the defendant acknowledges that he has been delayed in complying with the Joint Pretrial Order.

If there are sanctions to be applied I ask only that they be against the undersigned personally, and in a reasonable amount for the time devoted to the motion to which I am responding.

**Prior disclosure.**  In May of 2003 the undersigned provided thousands of pages of documents, as well as answers to interrogatories, in response to plaintiff's request.

**Meritorious defense.** As set forth in the accompanying Defendant's Portion of Pretrial Order, there is a meritorious defense.

The plaintiff claims he was retaliated against for having told the States Attorney about improprieties he perceived in the investigation of a murder by the New Haven Police Department.   A State Grand Jury did indict New Haven Police Captain (who retired) in connection with his investigation of the murder.    The Chief cooperated and voluntarily testified before that Grand Jury.    The Chief

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

also disciplined two detectives who were also involved in that murder investigation, and they too have sued him.  However, the Chief never disciplined or retaliated against Officer Wortz.  Officer Wortz is just unhappy with various personnel decisions for which he did not receive favored treatment. Officer Wortz also complains about the same officers the Chief disciplined, alleging that they threatened or assaulted him and that the Chief did nothing (which is not true).  Interestingly, media reports of the trial of the retired New Haven Police Captain who was charged for improprieties during the investigation of the murder stated that the two detectives disciplined by the Chief admitted making false statements during the Internal Affairs investigation initiated by the Chief in response the same matters Officer Wortz apparently reported to the States Attorney.

**My delay.** Earlier this year I became involved in two unanticipatedly complex and lengthy trials, requiring several months more than I had planned right up until the time of trial, and I have been playing catchup since, completing a number of appeal briefs and preparing for other trials, including a forthcoming trial later this month with the same attorney representing the instant plaintiff.

I am referring specifically to the following two cases.

Andrus, et al. v. Grasso, et al., Superior Court, Judicial District of New Haven, at New Haven, Docket No. CV 96-0392407 S (a case brought by two brothers who had been shot while apparently unarmed and very seriously wounded by a New Haven Police Officer, alleging both unreasonable use of deadly force by the officer and various types of alleged "deliberate indifference"

-2-

by the New Haven Police Department to constitutional rights).

We had initially anticipated and scheduled a total of no more than three weeks for both jury selection and trial in the <u>Andrus</u> case. Instead, I spent (A) many weeks of trial preparation, (B) a total of fourteen (14) days of jury selection over the course of more than three weeks, and (C) then nearly five (5) weeks of trial.

Also, several weeks of trial and jury selection in <u>John Doe</u> v. <u>Antonio Lasaga,</u> <u>et al.</u>, Superior Court, Judicial District of New Haven, at New Haven, Docket No. CV 99-0430858 S (alleging defendant Lasaga, a Yale University professor, had molested "John Doe" after Professor Lasaga had become a part time mentor for "John Doe" when the latter was in grade school in New Haven, the New Haven Board of Education being the other defendant and my client).

Respectfully submitted,

/s/_____
Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Pager: 1-860-590-4432
Fed. Bar No. ct 07596

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be HAND-DELIVERED, to Attorney Karen Lee Torre, 51 Elm Street, 3rd Floor, New Haven, CT 06510, this day of        September, 2004.

/s/_____

Martin S. Echter

-3-

-14-