**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

KEITH WORTZ                    :    Docket No. 3:01CV01632 (RNC)


VS.                           :


MELVIN WEARING                :    SEPTEMBER 13, 2004

**DEFENDANT'S MOTION IN LIMINE TO LIMIT EVIDENCE REGARDING**
**(A) QUALIFICATIONS OF OTHERS TAKING PROMOTED TO DETECTIVE**
**BEFORE HE WAS, (B) ALLEGATIONS OF MISUSE OF THE SO-CALLED**
**"RULE OF THREE," (C) ALLEGATIONS OF ANY IMPROPER RACIAL**
**MOTIVE OF THE DEFENDANT, OR (D) OTHER LAWSUITS OR CLAIMS**
**IN OTHER LAWSUITS RELATED TO PROMOTIONS IN THE NEW HAVEN**
**DEPARTMENT OF POLICE SERVICES**

The undersigned's review of plaintiff's proposed List of Witnesses and List of

Exhibits suggests that he intends to offer evidence of a dispute in other lawsuits

as to whether the City misused the so-called civil service Rule of Three in

determining how many persons on the promotion eligibility list could be

considered for any particular vacancy.

The defense respectfully moves to preclude such matters.

Plaintiff Wortz's attorney represents other New Haven police officers in a

lawsuit claiming they were denied promotions because of an alleged misuse of

the Rule of Three, and and/or because the Chief, an African American, made

racially motivated promotion decisions.  As part of those cases plaintiff's counsel

also has had access to numerous personnel files of others who were promoted.

The only issues in this case are (A) what Officer Wortz did respect to

complaints about the New Haven investigation into the murder of Philip Cusick,

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

(B) what Chief Wearing did or declined to do with respect to the personnel matters about which Officer Wortz complains, (C) were any of the Chief's actions or omissions motivated by what Officer Wortz had done respect to complaints about the New Haven investigation into the murder of Philip Cusick, and (D) if appropriate, what damages has Mr. Wortz suffered as a consequence.

Respectfully submitted,

/s/_____
Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Pager: 1-860-590-4432
Fed. Bar No. ct 07596

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be HAND-DELIVERED, to Attorney Karen Lee Torre, 51 Elm Street, 3rd Floor, New Haven, CT 06510, this day of        September, 2004.

/s/_____
Martin S. Echter

-2-