**FILED**

2004 AUG 30 A 10: 59

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH WORTZ | : |
| Plaintiff | : |
| | : Civil No. 3:01CV01632 (RNC) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | : August 26, 2004 |
| Defendant | : |

### MOTION FOR ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT

Pursuant to Rule 55(a) and (b) of the Federal Rules of Civil Procedure, the plaintiff, by and through his undersigned counsel, hereby moves this court for the entry of a default judgment in favor of the plaintiff and against the defendant. As grounds for this motion, the plaintiff submits that defendant's pattern of ignoring obligations to the court and his opponent, displayed throughout this litigation, warrant a judgment of default. Defendant's counsel has failed over a period of many months to communicate with the undersigned and cooperate in the process of meeting the joint obligation to

---

October 7, 2004.   Wortz v. Wearing
                   3:01CV01632 (RNC)

Re: Plaintiff's Motion for Entry of Default and Judgment by Default (Doc. # 43)

Denied without prejudice to renewal in light of the telephone status conference held on September 15, 2004 and the jury selection that will take place on November 9, 2004.  So ordered.

Robert N. Chatigny, U.S.D.J.

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541