UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH WORTZ | : | CIVIL ACTION NO. |
| | : | 3:01 CV 01632 (RNC) |
| | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| MELVIN WEARING | : | |
| | : | |
| Defendants. | : | |
| | : | NOVEMBER 3, 2004 |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of STEVEN M. BARRY, ESQ., as attorney for the Defendant, Melvin Wearing, in the above-entitled matter in addition to the appearances of record.

                                    **THE DEFENDANT,**
                                    **Melvin Wearing**

                                  **By**_____
                                  **Steven M. Barry #CT07825**
                                  **Donahue, Durham & Noonan, P.C.**
                                  **sbarry@ddnctlaw.com**
                                  **741 Boston Post Road**
                                  **Guilford, CT 06437**
                                  **(203) 458-9168**

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been mailed, postage pre-paid this 3rd day of November, 2004 to:

Attorney Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Thomas W. Ude, Jr., Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

 

_____
**Steven M. Barry**